**Dismissed and Memorandum Opinion filed May 19, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00328-CR

### VINCENT BEASLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1357233**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of sexual assault and sentenced to confinement for eight years on June 17, 2013. No timely motion for new trial was filed. Appellant's pro se notice of appeal was not filed until April 4, 2016.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App.

P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).